# United States District Court
# For The Western District of North Carolina
# Statesville Division

CHAD TYRONE KINCAID,

    Plaintiff(s),

vs.

CALDWELL COUNTY, CALDWELL
COUNTY JAIL, GARY CLARK,
CALDWELL COUNTY JAIL MEDICAL
DEPARTMENT, WARDEN-CALDWELL
COUNTY JAIL, FNU ABERNATHY,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:10CV77-1-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 30, 2010 Order.

Signed: June 30, 2010

Frank G. Johns, Clerk
United States District Court